IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 23 2020
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA, PLAINTIFF

v.   Case No. 4:10-CR-00013-2 BSM

RODNEY D. BROWN, DEFENDANT

## ATTACHMENTS FOR MOTION FOR RECONSIDERATION

COMES NOW, Rodney D. Brown, pro-se Petitioner, is hereby attaching the Request to Staff as proof of exhaustion of administrative remedies for Petitioner's Motion For Reconsideration for Motion for Compassionate Release in which this Honorable Court denied on June 2, 2020. (See: ATTACHMENT A).

Signed and Dated this 16th day of June, 2020.

Respectfully submitted,

Rodney D. Brown
Federal Reg. #25766-009
Federal Correctional Complex-LOW
P.O. BOX 9000
Forrest City, Arkansas 72336

## CERTIFICATE OF SERVICE BY MAIL

I, Rodney Brown, certify that on this 16th day of June, 2020, that I sent first class postage prepaid, or other delivery charges prepaid, by depositing said documents herein listed with prison authorities of the Federal Correctional Complex-LOW at Forrest City, Arkansas for mailing through the U.S. Postal Service, of the foregoing:

ATTACHMENT FOR MOTION FOR RECONSIDERATION

requesting the Clerk of the Court @ UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF ARKANSAS, CENTRAL DIVISION, Richard Sheppard Arnold U.S. Courthouse, 600 W. Capitol Ave., Little Rock, Arkansas 72201-3325, to send e-mail notification of such filing to the following attorney of record using the CM/ECF system, sending a filed stamped copy to the Plaintiff for his/her records:

Edward Onassis Walker & Christy Averett
edward.o.walker@usdoj.gov, Christy.Averett@usdoj.gov

Signed and Dated this 16th day of June, 2020.

Rodney D. Brown
Federal Reg. #25766-009

**ATTACHMENT A**

| | |
|---|---|
| **From:** | ^!"BROWN, ^!RODNEY D" <25766009@inmatemessage.com> |
| **To:** | |
| **Date:** | 5/6/2020 3:20 PM |
| **Subject:** | ***Request to Staff*** BROWN, RODNEY, Reg# 25766009, FOR-H-C |

To: DeWayne Hendrix
Inmate Work Assignment: Rec AM

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
82803623-396f-44c1-9dea-dab25721df77
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


My name is Rodney Brown I am an inmate currently housed in Helena C. This letter serves as my request for compassionate release in accordance with program statement 5050.49, Compassionate Release/Reduction in Sentence: Procedures for implementation 18 U.S.C 3582 (C)(1)(A).
 Based upon the recently passed Cares Act, The Corona Virus relieve act, and the directives of Attorney General Barr, I am seeking your consideration for relief under the new legislation and a transfer to Home Confinement to complete my sentence.
 This petition specifically made based upon "Extraordinary and Compelling" reasons, as set forth in the First Step Act of 2018 which permits a prisoner's sentence to be reduced based upon demonstrated rehabilitation which shows that he is no longer a threat to the community. As noted by at least one court, "When a defendant brings a motion for a sentence reduction under the amended provision, The court can determine whether any extraordinary and compelling reasons other then those delineated in U.S.S.G. 1B1.13 cmt. n.1(A)(C) warrant granted relief." U.S. v. Cantu no: 1:05-CR-458, 2019 (WL 2498923 (S.D. Tex. 6/17/19).
 While in the Bureau custody, I have maintained a good disciplinary record. I have also engaged in various educational and psychological programming, Which are on record in the Bureau OF Prison records. I understand the even if you approve of my request, That further action is dependant upon judicial action. Thank you for your kind attention to this request
Respectfully,

Rodney Brown 25766-009