IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                               PLAINTIFF

v.                          Case No. 4:10-CR-00013-2 BSM

RODNEY D. BROWN                                                                         DEFENDANT

## ORDER

Rodney Brown's motion for reconsideration [Doc. No. 451] is denied

IT IS SO ORDERED this 28th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE