# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                             **PLAINTIFF**

v.                   **CASE NO. 4:10-CR-0013-BSM**

**RODNEY BROWN**                                                            **DEFENDANT**

## ORDER

Rodney Brown's motion to reduce his sentence [Doc. No. 498] is denied. Brown received a below guidelines sentence as part of his plea agreement. Fed. R. Crim. P. 11(c)(1)(C). Given Brown's offense and prior history, his current sentence is appropriate.

IT IS SO ORDERED this 10th day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE